**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| KENNETH A. RANDOLF,<br><br>Plaintiff,<br><br>vs.<br><br>THE LOW-INCOME HOUSING INSTITUTE ('LIHI"), A WASHINGTON NON-PROFIT CORPORATION, AND RUSTY WIRSING.<br><br>Defendants. | Case No.: **2:26—cv—01611—JCC**<br><br>ORDER (~~PROPOSED~~) TO STAY PROCEEDINGS FOR 60 DAYS |

**ORDER**

UPON CONSIDERATION OF the Joint Motion to Stay Proceedings (**Dkt 15**), it is: ORDERED that the Motion is GRANTED.

It is further ORDERED that all proceedings in this matter, including the pending case schedule and discovery deadlines, are hereby STAYED for 60 days after the date of entry of this ORDER; that the August 11th, 2026 deadline to file a Joint Status Report is hereby VACATED. If the Parties are unable to reach a resolution and the deadlines are not otherwise extended, the Parties must file a Joint Status Report by the end of the 60-day stay period.

So ORDERED this 17th day of JULY, 2026

1

ORDER ON JOINT MOTION TO PAUSE

*John C Coughenour*

JUDGE JOHN C. COUGHENOUR

**Presented by**:

*Kenneth A. Randolf*

Kenneth A. Randolf (Pro Se Plaintiff)


**Agreed to by**:

Montgomery Purdue PLLC

By /s/Jake E Pendergast

WA State Bar No. 62837

Attorney for Defendants

2

ORDER ON JOINT MOTION TO PAUSE