THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KENNETH A. RANDOLF,

Plaintiff,

v.

THE LOW-INCOME HOUSING INSTITUTE ("LIHI"), *et al.*,

Defendants.

CASE NO. C26-1611-JCC

ORDER

This matter comes before the Court on Plaintiff's stipulated motion for voluntary dismissal (Dkt. No. 17). Finding good cause, the motion is GRANTED. This case is DISMISSED with prejudice and without further recovery and the Clerk is DIRECTED to close this case. Further, the Court finds good cause to seal the contents of the parties' settlement agreement, as provided at Docket Number 17-1. Accordingly, the Clerk is also DIRECTED to seal docket number 17-1.

So ORDERED this 21st day of September 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE